**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA ZOILA CRUZ-CELAYA,                    No. C07-03470 MJJ

        Plaintiff,                           **ORDER TO SHOW CAUSE**

  v.

ALBERTO GONZALES,

        Defendant.
_____/

      Petitioner Maria Zoila Cruz-Celaya ("Petitioner") has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging her detention by the Department of Homeland Security.

      For good cause shown, it is hereby ordered that:

1.    The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondent.  The Clerk shall also serve a copy of this Order on Petitioner.

2.    Respondent shall file and serve within sixty (60) days of the issuance of this Order an answer showing cause why a writ of habeas corpus should not issue.

3.    If Petitioner wishes to respond to the answer, she shall do so by filing and serving a traverse within thirty (30) days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: July _9_, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE