UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIA ZOILA CRUZ-CELAYA,

        Plaintiff,

v.

ALBERTO GONZALES et al,

        Defendant.

Case Number: CV07-03470 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Philippe Dwelshauvers
452 Blackstone Avenue
Fresno, CA 93701

U.S. Department of Homeland Security
Washington, D.C. 20528

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: July 17, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk