SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6730
  FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA, ) | No. C 07-3470 MJJ |
| )  Petitioner, ) | |
| ) v. ) | DECLARATION OF MELANIE PROCTOR |
| ALBERTO GONZALES, Attorney General ) of the United States; and MICHAEL ) CHERTOFF, Secretary of the Department of ) Homeland Security, ) ) Respondents. ) | |

I, Melanie Proctor, declare and state as follows:

  1. I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

  2. I prepared the Government's Return on the basis of the pleadings filed in this case, as well as the administrative record. Deportation and Removal Officer Roberto J. Abella gathered the DHS administrative file ("A-File") for Petitioner, and provided copies to me. The documents attached as Exhibits A-D, F-H, and L-M are from the A-file.

PROCTOR DECLARATION
C 07-3470 MJJ

1 | A true copy of said documents accompanies the Government's Return in this case.
2 | Signed this 12th day of September, 2007, in San Francisco, California.

                                             /s/
                                   MELANIE L. PROCTOR

PROCTOR DECLARATION
C 07-3470 MJJ            2