1  Philippe DWELSHAUVERS (Bar No 192188)
   452 N. Blackstone Avenue
2  Fresno, California 93701
   Telephone: (559) 264-6363
3  Fax:          (559) 497-6163
   Attorney for Petitioner, MARIA ZOILA CRUZ-CELAYA
4

5             IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
6
   In the Matter of                )    No    C 07-3470 MJJ
7                                   )
       MARIA ZOILA CRUZ-           )
8        CELAYA                     )
                                    )    Agency Number:  71-951-172
9          Petitioner               )
                                    )
10 vs.                              )    STIPULATION TO TRAVERSE
                                    )    BRIEFING SCHEDULE
11                                  )
                                    )
12                                  )
                                    )
13                                  )
   ALBERTO GONZALES,               )
14 Attorney General of the United States )
   et al; MICHAEL CHERTOFF,        )
15 Secretary Department of Homeland )
   and Security                    )
16                                  )
           Respondents.             )
17 _____)

          The petitioner(*), by and through her attorney of record ,and Respondents, by
18
   and through their attorneys of record, stipulate ,subject to approval of the Court, to the
19
   following briefing schedule:
20
          Last day for Petitioner to file Traverse:        November 12, 2007
21
          Respectfully submitted this 15th day of October 2007
22

23                                          _____
                                            Philippe M. Dwelshauvers, Attorney at law
24                                          452 N. Blackstone Avenue
25                                          Fresno, California 93701

26 (*) I, Philippe Dwelshauvers attest that I received, by email, the agreement of
27 Respondents through Melanie Proctor, Esq.

28

                                              - 1 -

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October_____, 2007

_____
MARTIN J. JENKINS
United States Magistrate Judge