SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA, ) | No. C 07-3470 MJJ |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NOTICE OF RECENT DECISION |
| ) | |
| MICHAEL B. MUKASEY,* Attorney ) | |
| General of the United States; and ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, ) | |
| ) | |
| Respondents. ) | |
| ) | |

    Pursuant to Civil Local Rule No. 7-3(d), Respondents respectfully submit the attached decision in <u>Cruz-Celaya v. Gonzales</u>, No. 07-71345, slip op. (9th Cir. Nov. 19, 2007).

| | |
|---|---|
| Dated: November 19, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS |
| | United States Attorney |
| | |
| |         /S/ |
| | MELANIE L. PROCTOR |
| | Assistant United States Attorney |
| | Attorneys for Respondents |

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

NOTICE OF RECENT DECISION
07-3470 MJJ

FILED

NOV 19 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br><br>  Respondent. | No. 07-71345<br><br>Agency No. A71-951-172<br><br><br>MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2007 [**]

Before:  McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioner's motion to reconsider and reopen.

We review the denial of a motion to reopen or a motion for reconsideration

---

[*]  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]  The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

07-71345

for an abuse of discretion. *See Lara-Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir. 2004), *amended by* 404 F.3d 1105 (9th Cir. 2005). The BIA did not abuse its discretion in affirming the denial of petitioner's motion to reconsider and reopen as time-barred. *See* 8 C.F.R. § 1003.23(b)(1); 8 U.S.C. § 1229a(c)(6)(B). The BIA did not abuse its discretion in denying petitioner's motion to reopen to seek protection under the Convention Against Torture, because, pursuant to 8 C.F.R. § 1208.18(b)(2)(i), petitioner was required to have filed such a motion on or before June 21, 1999.

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard). This petition for review is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**