Philippe DWELSHAUVERS (Bar No 192188)
452 N. Blackstone Avenue
Fresno, California 93701
Telephone: (559) 264-6363
Fax:          (559) 497-6163
Attorney for Petitioner, MARIA ZOILA CRUZ-CELAYA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>MARIA ZOILA CRUZ-CELAYA<br><br>Petitioner<br><br>vs.<br><br><br><br><br><br><br>MICHAEL MUKASEY , Attorney General of the United States et al; MICHAEL CHERTOFF, Secretary Department of Homeland and Security; NANCY ALCANTAR, FIELD OFFICE IMMIGRATION CUSTOMS ENFORCEMENT; OFFICER LAFAVE, BAKERSFIELD IMMIGRATION CUSTOMS ENFORCEMENT<br>Respondents. | No    C 07-3470 MJJ<br><br><br>Agency Number: 71-951-172<br><br><br>REQUEST FOR AN ORDER TO SHOW CAUSE AND FOR A STAY OF REMOVAL TILL THE PERFORMANCE OF THE WEDDING CEREMONY |

**I. THE RIGHT TO MARRY IS A CONSTITUTIONAL RIGHT**

  The right to freedom of choice in marriage and family relationships lies at the heart of privacy. This right exists also for prisoners. See *Turner v. Safley*, 482 U.S. 78, 107S. Ct 2254, 96 L. Ed. 2d 64 (1987). Petitioner requested the permission to marry Mauricio HERNANDEZ, a United States citizen, residing in Bakersfield, California. At that time of that request, Petitioner was detained in or around Bakersfield, California. That request was processed through Immigration and Customs Enforcement

- 1 -

1  ("ICE) located at Bakersfield, California –office depending upon the San Francisco
2  Office, under the direction of NANCY ALCANTAR. According to Officer LAFAVE,
3  in charge of ICE BAKERSFIELD, that request was granted last week.

4    For reasons unexplained to Petitioner and Petitioner's counsel and with no notice, Petitioner is being transferred for detention to the facility located at FLORENCE, ARIZONA. Florence, Arizona is in another jurisdiction, hundred miles away from Bakersfield, California. The immediate consequence of such transfer is that the execution of the permission to marry in in abeyance, Mauricio HERNANDEZ lives hundred miles away from FLORENCE, Arizona. Additionally this transfer of Petitioner takes place while a writ of habeas corpus is pending. Petitioner is from EL SALVADOR, located thousand miles away from California. The constitutional right to marry is de facto enfringed for Petitioner and Mauricio Hernandez, a United States citizen.

## II. CONCLUSION

Therefore Petitioner respectfully requests this Court : (a) to order Respondents to show cause regarding the transfer of Petitioner to Florence, Arizona, transfer causing undue hindrance to Petitioner and the husband to be Mauricio HERNANDEZ  regarding the  wedding plans, and (b) a STAY of removal till the performance of the wedding ceremony.

    Respectfully submitted this 9th day of January 2008

                                    _____
                                    Philippe M. Dwelshauvers, Attorney at law
                                    452 N. Blackstone Avenue
                                    Fresno, California 93701

Proof of service

I am domiciled in the County of Fresno, State of California. I am over the age of 18 . My business address is 452 N. Blackstone avenue, Fresno, Ca 93701

On July 2. 2007 I served the following document (s) described:

on the counsel of record/interested party (parties) in this action.

_____ by placing a true copy (copies) thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

___xxxx_ by facsimile; telephone: area code: ___661__ / __328-4599 [ICE BAKERSFIELD]

By placing ____ the original _XX_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ICE SAN FRANCISCO |
| FEDERAL BUILDING | NANCY ALCANTAR |
| 450 Golden Gate Avenue, | 630 SANSOME STREET |
| SAN FRANCISCO, CALIFORNIA 94102-3664 | SAN FRANCISCO, CA 94111 |
| TO THE U.S. ATTORNEY | ICE BAKERSFIELD |
| 450 Golden Gate Avenue,    10th Floor | OFFICER LAFAVE |
| SAN FRANCISCO, CALIFORNIA 94102-3664 | 800 TRUXTUN AVENUE |
| | BAKERSFIELD, CA 93301 |

_ XXXX_(By Mail) I deposited/ caused to be deposited such envelope with postage thereon fully prepaid to be placed in Fresno, California.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

EXECUTED AT FRESNO ON JANUARY 9,2008

XX__(Federal) I declare that I am a member of the bar of this court at whose direction the   service is made

P. DWELSHAUVERS
(Type or print name)                                                                (Signature)