|   |   |
|---|---|
| 1 | <u>Proof of service</u> -CASE NUMBER 07-3470 MJJ |

2  I am domiciled in the County of Fresno, State of California. I am over the age of 18 . My business address is 452 N. Blackstone avenue, Fresno, Ca 93701

3  On JANUARY 9,. 2008 I served the following document (s) described:
REQUEST FOR AN ORDER TO SHOW CAUSE AND FOR A STAY OF REMOVAL TILL

4  THE PERFORMANCE OF THE WEDDING CEREMONY

5  on the counsel of record/interested party (parties) in this action.
_____by placing a true copy (copies) thereof enclosed in a sealed envelope addressed as stated on

6  the attached mailing list.

7  ___xxxx_ by facsimile; telephone: area code: ___661__/__328-4599 [ICE BAKERSFIELD]

8  By placing _____ the original _XX_ a true copy thereof enclosed in sealed envelope(s)

9  addressed as follows:

10

| 11 | UNITED STATES DISTRICT COURT | ICE SAN FRANCISCO |
| 12 | FEDERAL BUILDING | NANCY ALCANTAR |
| 13 | 450 Golden Gate Avenue, | 630 SANSOME STREET |
| 14 | SAN FRANCISCO, CALIFORNIA 94102-3664 | SAN FRANCISCO, CA 94111 |
| 15 | | |
| 16 | TO THE U.S. ATTORNEY | ICE BAKERSFIELD |
| 17 | 450 Golden Gate Avenue,   10th Floor | OFFICER LAFAVE |
| 18 | SAN FRANCISCO, CALIFORNIA 94102-3664 | 800 TRUXTUN AVENUE |
| 19 | | BAKERSFIELD, CA 93301 |

20  _ XXXX_(By Mail) I deposited/ caused to be deposited such envelope with postage thereon fully prepaid to be placed in Fresno, California.

21

22  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed

23  invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

24  EXECUTED AT FRESNO ON JANUARY 9,2008

25  XX__(Federal) I declare that I am a member of the bar of this court at whose direction the   service is made

26

S/ P. DWELSHAUVERS

27  (Type or print name)                                                         (Signature)

28