JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA, <br><br>    Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; and MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,<br><br>    Respondents. | No. C 07-3470 MJJ <br><br> DECLARATION OF EMMANUEL V. ACALA |

I, Emmanuel V. Acala, do hereby declare and say:

1. I am employed by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service (INS). I am employed as a Deportation Officer (DO) in the San Francisco District Office.

2. I make this declaration based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

3. Once the Ninth Circuit Court of Appeals dismissed Petitioner's petition for review, ICE began preparing an application for travel documents for Petitioner. As part of that process, the Consulate of El Salvador must interview the applicant. Non-criminal aliens are interviewed only

ACALA DECLARATION
No. C 07-3470 MJJ

1 | in San Francisco, California. ICE submitted the application for travel documents for Petitioner to
2 | the El Salvadoran Consulate on December 12, 2007.
3 |   4. Petitioner was transported from Bakersfield, California, to San Francisco, California,
4 | to make her available for an interview with the consular officer. Once the interview is complete,
5 | if the Ninth Circuit has not yet issued a mandate, Petitioner may be returned to Bakersfield,
6 | California.
7 |   I declare under penalty of perjury that the foregoing is true and correct.
8 | Executed this 15 day of January, 2008 at San Francisco, California.

EMMANUEL V. ACALA
Deportation Officer

ACALA DECLARATION
No. C 07-3470 MJJ                    2