Philippe DWELSHAUVERS (Bar No 192188)
452 N. Blackstone Avenue
Fresno, California 93701
Telephone: (559) 264-6363
Fax:        (559) 497-6163
Attorney for Petitioner, MARIA ZOILA CRUZ-CELAYA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the Matter of )   No   C 07-3470 MJJ

MARIA ZOILA CRUZ-CELAYA

Agency Number: 71-951-172

Petitioner

vs.

AFFIDAVIT FROM PETITIONER'S COUNSEL; PROPOSED ORDER OF STAY OF REMOVAL

MICHAEL B. MUKASEY,
Attorney General of the United States et al; MICHAEL CHERTOFF, Secretary Department of Homeland and Security; NANCY ALCANTAR, FIELD OFFICE IMMIGRATION CUSTOMS ENFORCEMENT; OFFICER LAFAVE, BAKERSFIELD IMMIGRATION CUSTOMS ENFORCEMENT
Respondents.

## I. AFFIDAVIT

I declare under penalty of perjury the following:

1. On January 23, 2008, I went at about 11:00 AM PST to the office of Immigration and Customs Enforcement in San Francisco, California.

2. On January 23, 2008, I sought to talk to Officer COLA, who seems to be in charge of Petitioner.

3. On January 23, 2008, Officer COLA was not at the office; nobody else was able to

- 1 -

1  give an answer about the request for a wedding.
2  4.On January 23 and January 24, 2008, I left various messages with Officer COLA at
3  415-844-5557; they have not been returned.
4  5. By checking with PACER, I noticed that ,in the 9th circuit case number 07-71345,
5  the 9th circuit court of appeals has DENIED, on January 24, 2008, the motion to
6  reconsider, what means that the stay of removal issued by the 9th circuit court of
7  appeals will end **very quickly** .
8  6. This transfer to SAN FRANCISCO has delayed , if not halted the process for the
9  wedding ceremony.
10 7. Petitioner is not back in BAKERSFIELD, CALIFORNIA.
11 8. Petitioner's husband to be, Mauricio HERNANDEZ , travels very rarely to
12 FRESNO, California even in order to see me.
13 9, Therefore Petitioner respectfully requests a STAY of REMOVAL of Immigration
14 Proceedings till the wedding ceremony actually takes place.
15 Respectfully submitted this 25th day of January 2008

_____
Philippe M. Dwelshauvers, Attorney at law
452 N. Blackstone Avenue
Fresno, California 93701

- 2 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>MARIA ZOILA CRUZ-CELAYA<br><br>Petitioner<br><br>vs.<br><br><br><br><br>MICHAEL MUKASEY , Attorney General of the United States et al; MICHAEL CHERTOFF, Secretary Department of Homeland and Security; NANCY ALCANTAR, FIELD OFFICE IMMIGRATION CUSTOMS ENFORCEMENT; OFFICER LAFAVE, BAKERSFIELD IMMIGRATION CUSTOMS ENFORCEMENT<br>Respondents. | No   C 07-3470 MJJ<br><br><br>Agency Number: 71-951-172 |

[PROPOSED ] ORDER OF STAY OF REMOVAL

On reading and filing the petition for writ of habeas corpus, the Court orders that MICHAEL CHERTOFF , Director for the Department of Homeland and Security, and his agents in San Francisco, California Does NOT remove Petitioner until further notice by this Court.

Done at ............................................,on the..............day of ........................... 2008

_____
UNITED STATES. DISTRICT JUDGE MARTIN J. JENKINS

- 3 -