JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA, ) | No. C 07-3470 MJJ |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ERRATA--NOTICE OF REMOVAL |
| ) | |
| MICHAEL B. MUKASEY, Attorney ) | |
| General of the United States; and ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, ) | |
| ) | |
| Respondents. ) | |
|  ) | |

    On February 15, 2008, Petitioner was removed from the United States. <u>See</u> Declaration of Melanie Proctor. Accordingly, the petition should be dismissed as moot.

Dated: February 19, 2008                              Respectfully submitted,

                                                          JOSEPH P. RUSSONIELLO
                                                          United States Attorney


                                                              /S/
                                                          MELANIE L. PROCTOR
                                                          Assistant United States Attorney
                                                          Attorneys for Respondents

NOTICE OF REMOVAL
C 07-3470 MJJ