JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL B. MUKASEY, Attorney ) <br> General of the United States; and ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security, ) <br> ) <br> Respondents. ) <br> ) | No. C 07-3470 MJJ <br><br> DECLARATION OF MELANIE PROCTOR |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    The Immigration and Customs Enforcement, Department of Homeland Security, has informed me that Petitioner has been removed from the United States.

///

///

PROCTOR DECLARATION
C 07-3470 MJJ

3.  The attached computer print-out shows that Petitioner was removed from the United States on February 15, 2008.

Signed this 19th day of February, 2008, in San Francisco, California.

> /s/
> MELANIE PROCTOR

PROCTOR DECLARATION
C 07-3470 MJJ                                2

```
A-NUM: 071951172         LAST NAME: CRUZ CELAYA
DCO: SFR                 FIRST NAME: MARIA ZOILA              NATLTY: ELSAL

        CHG-DOC-ISSUED: 02/11/1994      DATE-WA-ISSUED: 02/11/1994
        CHG-DOC-SERVED: 02/11/1994      DATE-WA-SERVED: 02/11/1994
                                        CONSUL-NOTIF:

        BOND-AMT-REQUIRED:              BOND-TERM-STATUS:
        BOND-AMT-POSTED:                DATE-BOND-POSTED:

        STAT-RECOG-SUPER:               DATE-STATUS-RECOG-SUPER:

        DET-LOC-ID: SCNORCA             DATE-BOOKED-IN: 01/09/2008
        DATE-RELEASED: 02/15/2008       RELEASED-TO: DEP

        DATE-ENTERED: 01/10/2008        VR-USM:
        DET-FAC-TYPE: NSD               DET-DCO: SFR

                                                             PF7 - DET LOC ID LIST
                     COMMAND: CUST    A-NUM: 071951172
NO BOND DATA                FIRST PAGE OF DATA
```