United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARIA ZOILA CRUZ-CELAYA,                    No. C07-03470 MJJ

12              Plaintiff,                       **ORDER RE: RESPONDENTS' NOTICE
                                                 OF REMOVAL OF PETITIONER FROM
13        v.                                     THE UNITED STATES**

14   ALBERTO GONZALES,

15              Defendant.
                                            /
16

17                            **INTRODUCTION**

18        On July 3, 2007, Petitioner Maria Zoila Cruz-Celaya ("Petitioner"), through counsel, filed a

19   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging her detention by the

20   Department of Homeland Security.  Respondents Alberto Gonzales and Michael Chertoff filed a

21   Return on September 12, 2007.  Petitioner filed an Amended Traverse on November 12, 2007.

22        On January 9, 2008, Petition filed a request for an order to show cause regarding her transfer

23   from a Bakersfield, California facility to a Florence, Arizona facility, contending that the transfer

24   hindered her planned wedding.  Petitioner's request also sought a stay of removal until the

25   performance of the wedding ceremony.  On January 15, 2008, Respondent filed an opposition to

26   Petitioner's request.

27        On February 19, 2008, Respondents filed a notice of removal and supporting declaration,

28   indicating that Petitioner had been removed from the United States on February 15, 2008 and is no

     longer in the custody of Respondents.  Respondents therefore now request that the Court dismiss the

1  habeas petition as moot.

2         The Court **ORDERS** Petitioner, through her counsel, to file, **no later than Thursday,**

3  **March 27, 2008**, a statement of her position regarding whether her habeas petition and/or her

4  January 9, 2008 request for an order to show cause are moot in light of her apparent removal from

5  the United States.

6

7  **IT IS SO ORDERED.**

8

9

10  Dated: March 21, 2008                                            _____

11                                                                  MARTIN J. JENKINS
                                                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2