Philippe DWELSHAUVERS (Bar No 192188)
452 N. Blackstone Avenue
Fresno, California 93701
Telephone: (559) 264-6363
Fax:         (559) 497-6163
Attorney for Petitioner, MARIA ZOILA CRUZ-CELAYA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

MARIA ZOILA CRUZ-CELAYA

    Petitioner

vs.

MICHAEL MUKASEY, Attorney General of the United States et al; MICHAEL CHERTOFF, Secretary Department of Homeland and Security; NANCY ALCANTAR, FIELD OFFICE IMMIGRATION CUSTOMS ENFORCEMENT; OFFICER LAFAVE, BAKERSFIELD IMMIGRATION CUSTOMS ENFORCEMENT
    Respondents.

No   C 07-3470 MJJ

Agency Number: 71-951-172

NON-OPPOSITION TO DISMISSAL OF THE WRIT OF HABEAS CORPUS

_____Petitioner does NOT oppose to the dismissal of the writ of habeas corpus, in the light of the removal of Petitioner._____

Respectfully submitted this 24th day of March 2008

_____
s/ Philippe M. Dwelshauvers, Attorney at law
452 N. Blackstone Avenue
Fresno, California 93701

- 1 -

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28