IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ZOILA CRUZ-CELAYA, | No. C07-03470 MJJ |
| Plaintiff, | **ORDER DISMISSING HABEAS PETITION AS MOOT** |
| v. | |
| ALBERTO GONZALES, | |
| Defendant. | |

On July 3, 2007, Petitioner Maria Zoila Cruz-Celaya ("Petitioner"), through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging her detention by the Department of Homeland Security.

On February 19, 2008, Respondents filed a notice of removal and supporting declaration, indicating that Petitioner had been removed from the United States on February 15, 2008 and is no longer in the custody of Respondents. Respondents requested that the petition be dismissed in light of this development. On March 24, 2008, Petitioner, through counsel, filed a statement indicating that she does not oppose dismissal of the petition, in light of the removal of Petitioner.

Good cause appearing therefor, the Court **DISMISSES AS MOOT** the habeas petition. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 1, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE